L. B. CARLTON, Guardian, *et al.*, Appellants, v. MARY A. BROOK.

NO TRIAL DE NOVO: WHERE ABSTRACT DOES NOT CLAIM TO CONTAIN ALL THE EVIDENCE.

*Appeal from Wapello District Court.*—HON. J. C. MITCHELL, Judge.

WEDNESDAY, MAY 16, 1894.

ACTION in equity by the guardian of the children of defendant to recover certain pension money drawn by defendant, and to make the

same a lien upon certain real estate, and for an accounting. From a decree dismissing plaintiff's bill, he appeals.—*Affirmed.*

*Coen & Siberell* for appellant.

*Leech & Lyman* for appellee.

KINNE, J.—This is an equity case, and triable *de novo* in this court. Appellee, in an abstract filed, insists that the case is not in a condition to be thus tried. He avers that the abstract of appellant does not contain all of the pleadings, nor claim to be a full or correct abstract of them, or of the evidence or record of the case; that the abstract does not in fact contain all of the evidence; that the evidence has never been preserved or identified by certificate of the judge, or otherwise. These claims are not denied by appellant, and must therefore be taken as true. In the absence of a statement that the abstract contains all of the evidence offered or introduced below, we can not try a case *de novo* in this court. *Polk County v. Nelson,* 75 Iowa, 648, 36 N. W. Rep. 911; *Marble Works v. Linesenmeyer,* 80 Iowa, 253, 45 N. W. Rep. 766. We can not, therefore, consider the merits of the case. The judgment below must be AFFIRMED.